# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 20, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139373

_____

In re MARREA AJENA JONES, MYKELTI
MEKEL SAUNDERS, MARKEYA RENNEE
SAUNDERS, ANDRAE KAREEM SCOTT, and
DEVAUGHN JEROME MOORE, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
     Petitioner-Appellee,

v

          SC: 139373
          COA: 288537
          Oakland CC Family Division:
          07-732309-NA

CLARERENNEE DENESSEE SAUNDERS,
     Respondent-Appellant,

and

MEGUEL JESUS JONES and WALLACE
JEROME MOORE,
     Respondents.

_____/

On order of the Court, the application for leave to appeal the July 7, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 20, 2009

_____
Clerk

s0818